■ In the Matter of RUTH A. WELSH, Appellant, v DANIEL W. JOY, as Commissioner of the Department of Rent and Housing Maintenance, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 27, 1977, unanimously affirmed on the opinion of Fraiman, J., at Special Term. The respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Birns, Silverman and Lynch, JJ.